■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWTON GAVIN, SR., Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended for 90 days.

■ ROBERT FOXLUGER et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 34544.) — Motion for leave to prosecute appeal as poor persons denied. Appellants' attention is directed to rule VII of the rules of this court. Nathan W. Hankin, attorney at law, of Binghamton, New York is hereby assigned to prosecute the appeal for appellants.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. GERALD H. ROGERS, Defendant.— Time within which to perfect appeal extended for 60 days. Motion to dismiss appeal granted, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 15, 1961 and is ready for argument at the March Term of this court, in which event the motion is denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE TYLER, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be prosecuted upon one typewritten copy of the record and five typewritten copies of the brief. Carmen A. Miller, Esq., attorney at law, of Watkins Glen, New York is assigned to prosecute the appeal.

■ . In the Matter of the Claim of SIEGFRIED BALSAM, Respondent, v. TIP TOP SHOE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order directing the Workmen's Compensation Board to accept a notice of appeal. Motion denied, without costs.

■ In the Matter of Arbitration between CHARLES R. WAINWRIGHT, Respondent, and GLOBE INDEMNITY COMPANY, Appellant.— Motion for a stay. Motion granted.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE PASSANTE, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ LILLIAN KERPER, Appellant, v. ROYAL FARMS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person denied. Appellant's attention is directed to rule VII of the rules of this court. Albert Barnett Klepper, Esq., attorney at law of 82 Wall St., New York, New York is hereby assigned to prosecute the appeal.

■ In the Matter of GLEN OPERATING CORPORATION et al., Petitioners, v. PUBLIC SERVICE COMMISSION et al., Respondents.— Motions by the City of New York, the Metropolitan Life Insurance Company, and Pratt Institute, Barnard College, Columbia University, Manhattan College, New York Hospital, New York University, Presbyterian Hospital, Saint John's University, Saint Vincent's Hospital and Sarah Lawrence College, to intervene as party respondents. Motions granted to the extent the above-named movants are permitted to file and serve a brief, to be submitted without oral argument.